PAUL C. SCHOTTE, PROSECUTOR, v. BOARD OF COMMIS-SIONERS OF THE TOWN OF IRVINGTON, DEFENDANT.

Argued January 23, 1931—Decided February 13, 1931.

Before GUMMERE, CHIEF JUSTICE, and Justice CAMPBELL.

For the prosecutor, *Edward A. & William A. Schilling.*

For the defendant, *Charles H. Stewart.*

PER CURIAM.

A consideration of the facts presented and the arguments of counsel made brings us to the conclusion that the application for the writ should be denied.

Such an order may be had and entered.